JS-6

JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (Bar No. 105444)
rberman@jmbm.com
JESSICA BROMALL SPARKMAN (Bar No. 235017)
jbromall@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiff
CHRIS'S STUFF, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRIS'S STUFF, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAPA VALLEY WINE TRAIN, INC., a California corporation; NORTH BAY SPORTSWEAR, an unknown business entity; WINE VALLEY APPAREL, an unknown business entity; CHERYL STOTLER, an individual; PAUL NEWMAN, an individual; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. CV 15-5453-GW(ASx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

1  Having reviewed the stipulation submitted by plaintiff Chris's Stuff, Inc. and
2  defendants Cheryl Stotler, Napa Valley Wine Train, Inc., Paul Newman, North Bay
3  Sportswear, and Wine Country Apparel, and good cause appearing therefore, the
4  Court dismisses the Complaint in the above-entitled action with prejudice.  Each
5  party shall bear its own costs and attorneys' fees.

7  IT IS SO ORDERED.

9  DATED:  November 20, 2015

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Respectfully submitted on November 17, 2015 by:

JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN
JESSICA  BROMALL SPARKMAN

By:/s/ JESSICA BROMALL SPARKMAN
        JESSICA BROMALL SPARKMAN
Attorneys for Plaintiff
CHRIS'S STUFF, INC.